**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **SEAN WATSON** | **CIVIL ACTION** |
| **VERSUS** | **NO: 23-1763** |
| **CAMERON KRAILO, et al.** | **SECTION: "G"** |

### ORDER TO SHOW CAUSE

This case was removed to this Court on May 25, 2023.[1] The record does <u>not</u> reflect service upon Defendant Cameron Krailo.

Federal Rule of Civil Procedure 4(m) provides:

If a defendant is not served within 90 days after the complaint is filed, the court - on motion or on its own after notice to the plaintiff - must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period. This subdivision does not apply to service in a foreign country.

Accordingly, **IT IS ORDERED** that Plaintiff show cause on or before September 8, 2023, by written motion or memorandum, as is appropriate, to report the status thereof or show cause why the above-named Defendant should not be dismissed for Plaintiff's failure to prosecute.

Failure to comply with this order may result in dismissal without further notice.

New Orleans, Louisiana this __24th__ day of August, 2023.

NANNETTE JOLIVETTE BROWN
CHIEF JUDGE
UNITED STATES DISTRICT COURT

---

[1] Rec. Doc. 1.